# GIBSON DUNN

Brian C. Ascher
Partner
T: +1 212.351.3989
M: +1 516.680.5774
bascher@gibsondunn.com

October 29, 2024

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *J.C. v. Zimmerman*, No. 23-7492

Dear Ms. Wolfe:

I am writing in connection with the above-referenced appeal to respectfully request that the Court remove Alexandra Perloff-Giles from the list of counsel for Defendant-Appellee Mr. Bob Dylan. She is no longer associated with Gibson, Dunn & Crutcher LLP.

Please be advised that Orin S. Snyder, Brian C. Ascher, Jeremy Bunting, and Carolyn Ye should remain as counsel.

If you have any questions, please do not hesitate to contact me.

Sincerely,

*/s/ Brian C. Ascher*

Brian C. Ascher


cc:      All Counsel of Record